No. 90–5501. Baugh v. United States. C. A. 10th Cir. Certiorari denied.

No. 90–5502. Dobynes v. United States. C. A. 8th Cir. Certiorari denied.

No. 90–5507. Newsome v. United States. C. A. 10th Cir. Certiorari denied.

No. 90–5508. Jung v. Miller, Superintendent, Correctional Industrial Complex, Pendleton. C. A. 7th Cir. Certiorari denied.

No. 90–5513. Aguirre v. United States. C. A. 9th Cir. Certiorari denied.

No. 90–5516. Trammell v. United States. C. A. 11th Cir. Certiorari denied.

No. 90–5526. Sullivan v. United States. C. A. 5th Cir. Certiorari denied.

No. 90–5527. Byrd v. United States. Ct. App. D. C. Certiorari denied.

No. 90–5531. Longbehn, aka Sisson v. United States. C. A. 8th Cir. Certiorari denied.

No. 90–5540. Kaufhold v. Jackson et al. C. A. 4th Cir. Certiorari denied.

No. 90–5554. Morales v. United States. C. A. 10th Cir. Certiorari denied.

No. 90–5560. Hollowell v. United States. C. A. 10th Cir. Certiorari denied.

No. 90–5566. Cuevas-Esquivel v. United States. C. A. 1st Cir. Certiorari denied.

No. 89–1560. Morrison v. Maine. Sup. Jud. Ct. Me. Certiorari denied. Justice White would grant certiorari.